IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-cv-256-FDW-DSC

MICHAEL B. COHEN, Individually and on :
Behalf of All Others Similarly Situated :
:
         Plaintiff, :
:
vs. :
:
SWISHER HYGIENE INC., STEVEN R. :
BERRARD, and MICHAEL KIPP. :
:
         Defendants. :

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [of Scott D. Musoff and Jay B. Kasner]" (documents ##9 and 10). For the reasons set forth therein, the Motions will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

    **SO ORDERED.**          Signed: May 9, 2012

_____
David S. Cayer
United States Magistrate Judge